In the Matter of the Application of DAVID ELSON for Admission to the

Bar. (From the State of Georgia).— Application granted. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.